1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT KEITH BROCH,

        Plaintiff,

      v.

MENDOCINO COUNTY SHERIFFS,

        Defendant.

Case No.  24-cv-07007-PCP

**ORDER OF DISMISSAL**

Re: Dkt. No. 1

On October 7, 2024, the Clerk of the Court sent notices to Plaintiff. Dkt. Nos. 2–3. The notices informed plaintiff that he needed to send an *in forma pauperis* ("IFP") application to the Court before this lawsuit could proceed.  *See id*. This mail was returned undelivered on November 8, 2024. Dkt. No. 5. On November 12, 2024, an order and notice were sent to the Plaintiff. Dkt. No. 4. This mail was returned undelivered on November 25, 2024. Dkt. Nos. 7-8.

The Clerk's notices and order were sent to Plaintiff at the address he provided. *See* Dkt. Nos. 2, 5. Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. *See generally* Dkt. More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Plaintiff.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.

This action is DISMISSED without prejudice because Plaintiff failed to keep the Court

1    informed of his address in compliance with Local Rule 3-11(a).

2          Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do

3    this, he must file a complaint on the court's form **and** a complete IFP application in accordance

4    with the Clerk's notices, **and** a motion with the words MOTION TO REOPEN written on the first

5    page.

6          The Clerk shall close the file.

7

8          **IT IS SO ORDERED.**

9    Dated: February 11, 2025

10

11    _____

12    P. Casey Pitts
      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California